J. Erik Heath, Esq. (SBN 304683)
100 Bush Street, Suite 1800
San Francisco, CA 94104
Telephone Number: (415) 391-2391
Facsimile: (415) 449-6556
Email Address: erik@heathlegal.com

Attorney for Plaintiff
SONIA BOLANOS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SONIA BOLANOS,<br>    Plaintiff,<br><br>v.<br><br>PERSONAL COLLECTORS OF ARIZONA, INC.; and GENESIS CREDIT MANAGEMENT, LLC;<br>    Defendants. | Civil Action No. 3:17-cv-2493<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that Sonia Bolanos, Plaintiff, hereby voluntarily dismisses the above-styled action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), with prejudice.

Dated: September 19, 2017          J. ERIK HEATH, ATTORNEY AT LAW


                                    */s/ Jon Erik Heath*
                                   J. ERIK HEATH
                                   Attorney for Plaintiff
                                   SONIA BOLANOS

*Bolanos v. Personal Collectors of Arizona, Inc. et al.*          Case No. 3:17-cv-2493
Notice of Dismissal